UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| INTEGRATED SPORTS MEDIA & ENTERTAINMENT PPV, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>LIVECAST 365, LLC, an Ohio Limited Liability Company; ONE PALM GROUP, LLC, a California Limited Liability Company; TIMOTHY "BRILL" DEVORE, an individual, CHARLES "CHUCK" LANG, JR., an individual, GROVER HENRY COLIN NIX, IV, an individual, CROWN STONE PARTNERS, INC., a California corporation and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00980-DSF-JC<br><br>**ORDER RE: STIPULATED RULE 502(d) ORDER**<br><br>Assigned to the Hon. Dale S. Fischer<br><br>Discovery issues reassigned to the Hon. Jacqueline Chooljian |

Having considered the papers, and finding that good cause exists, the Parties'

92155268.1

1

ORDER RE: STIPULATED RULE 502(d) ORDER

1 | Stipulated Rule 502(d) Order is **granted**.

2 |     **IT IS SO ORDERED**

5 | DATED: March 27, 2023

                                              /s/
                     Honorable Jacqueline Chooljian
                     United States Magistrate Judge